IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

OQUESHIA ANDREWS,                )
                                 )
        Plaintiff,               )
                                 )
                                 )   Civil Action No.
v.                               )   _____
                                 )
CARMEL BIGGERS, JR.,             )
in his individual capacity,      )
                                 )
        Defendant.               )

## NOTICE OF REMOVAL

COMES NOW defendant Carmel Biggers, Jr., and, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, files this Notice of Removal within the time prescribed by law, and respectfully show the Court as follows:

1.

On or about August 6, 2020, plaintiff Oqueshia Andrews filed her Complaint for Damages in the Superior Court of Muscogee County.

2.

On or about November 13, 2020, a copy of plaintiff's complaint was delivered to defendant at the Long State Prison, 1434 U.S. Highway 84 East, Ludowici, Georgia 31316, where defendant resides as an inmate.

3.

All process, pleadings and orders received by defendant are attached hereto as Exhibit "A."

4.

This Notice of Removal is filed within thirty (30) days of defendant's receipt of plaintiff's complaint.

5.

In Count I of the complaint, plaintiff asserts a claim under Section 1983 arising from alleged violations of her rights under the Fourth and Fourteenth Amendments to the United States Constitution. This Court has original jurisdiction over Count I of the complaint. See 28 U.S.C. §§ 1331, 1441, and 1443.

6.

Pursuant to 28 U.S.C. § 90(b)(3), the United States District Court for the Middle District of Georgia, Columbus Division, is the district court having jurisdiction over the geographical area where the state court action is pending. Pursuant to 28 U.S.C. § 1446(a), defendant is entitled to remove this action from the Superior Court of Muscogee County to this Court.

-3-

7.

Defendant has provided written notice of the filing of this Notice of Removal to plaintiff's counsel of record and the Clerk of Court for the Superior Court of Muscogee County, a copy of which is attached hereto as Exhibit "B."

8.

Based on the foregoing, defendant respectfully requests that this Court allow removal and assert jurisdiction over the state court action.

CAROTHERS & MITCHELL, LLC

/s/ Brian R. Dempsey
Brian R. Dempsey
Georgia Bar No. 217596
brian.dempsey@carmitch.com

Attorneys for Defendant
Carmel Biggers, Jr.

1809 Buford Highway
Buford, GA 30518
(770) 932-3552 (office)
(770) 932-6348 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **NOTICE OF REMOVAL** by depositing a true and correct copy thereof in the United States mail, postage prepaid, properly addressed to counsel of record:

David G. Cheng, Esq.
CHENG LAW, INC.
260 Peachtree St. NW
Suite 2200
Atlanta, Georgia 303030

This 3rd day of December, 2020.

/s/ Brian R. Dempsey
Brian R. Dempsey
Georgia Bar No. 217596
brian.dempsey@carmitch.com

-4-